COOPERATIVE G. L. F. PRODUCE, INC., Respondent *v.* DAVID GLASS & SONS WHOLESALE GROCERS, INC., et al., Appellants.

Supreme Court, Appellate Term, First Department, June 18, 1943.

*Lawrence I. Gerber* for David Glass & Sons Wholesale. Grocers, Inc., appellant.

*Milton H. Mandel* for C. A. Miller and Company, Inc., appellant.

*Irving G. Kennedy* and *Harold Greenwald* for respondent.

MEMORANDUM *Per Curiam.* The examinations before trial of each defendant are binding only on the party examined. (*Nixon v. Beacon Transportation Corp.*, 239 App. Div. 830.)

Judgment reversed and new trial ordered, with thirty dollars costs to appellants to abide the event.

SHIENTAG, MCLAUGHLIN and HECHT, JJ., concur.